**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____  Case No. _____

**BENITEZ RODRIGUEZ, BIENVENIDO & CABAN MERCED, MARISOL**  Chapter **13** _____
                        Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☐ AMENDED PLAN DATED: _____
   ☐ PRE  ☐ POST-CONFIRMATION                    Filed by: ☐ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **375.00** x **56** = $ **21,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **21,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **21,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK**  Cr. _____  Cr. _____
# **9027**         # _____   # _____
$ **5,106.00**     $ _____   $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
   **FIRST BANK**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies  ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**1- ADEQUATE PROTECTION PAYMENT TO FIRST BANK IN THE AMOUNT OF $ 150 UNTIL CONFIRMATION OF THE PLAN.**

**2- ADEQUATE PROTECTION PAYMENT TO FIRST BANK IN THE ESTIMATED TOTAL AMOUNT OF $ 1,500.00 AFTER MATURITY DATE OF AUTO LOAN. THROUGH EASTER AMERICA INSURANCE.**

Signed: */s/ BIENVENIDO BENITEZ RODRIGUEZ*
        Debtor

        */s/ MARISOL CABAN MERCED*
        Joint Debtor

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES** _____   Phone: **(787) 282-9009**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only