## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

BIENVENIDO BENITEZ RODRIGUEZ
MARISOL CABAN MERCED

(DEBTORS)

CASE NO. 10-03951 (ESL)

CHAPTER 13

## INFORMATIVE MOTION
## (AMENDED PLAN DATED 10/13/2010)

**TO THE HONORABLE COURT:**

Comes now Debtor, represented by the undersigned attorney, and represents as follows:

1. Debtor informs of the separate filing of Amended Plan dated 10/13/2010 pursuant to Rule 2002(b):

   a. Amended Plan: *to increase the base from $12,600 to $13,000, in order to comply with the special provisions of the plan and the allowed priorities..*

**WHEREFORE,** Debtor prays from this Honorable Court to take notice and allow filing of the amended plan.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: U.S. Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First

Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, October 13, 2010.

s/JOSE L. JIMENEZ QUIÑONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416
jimenezlawfirm@gmail.com

CABAN MERCED, MARISOL
PO BOX 3006
CAROLINA, PR 00985

GC SERVICES LIMITED PARTNERSHIP
PO BOX 47525
JACKSONVILLE, FL 32247

WORLD FINANCIAL NETWORK NATIONAL BANK
PO BOX 182273
COLUMBUS, OH 43218-2273

BENITEZ RODRIGUEZ, BIENVENIDO
PO BOX 3006
CAROLINA, PR 00985

GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

JIMENEZ - QUINONES LAW OFFICES
268 AVE PONCE DE LEON STE 1118
SAN JUAN, PR 00918-2007

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

CITIBANK USA NA
PO BOX 6241
SIOUX FALLS, SD 57117-6241

LAWS OFFICES OF MITCHELL N. KAY, P.C.
7 PENN PLAZA
NEW YORK, N.Y., NY 10001

CITIBANK (SOUTH DAKOTA) N.A.
PO BOX 6305
THE LAKES, NV 88901-6305

LEADING EDGE RECOVERY SOLUTIONS
5440 N CUMBERLAND AVE STE 300
CHICAGO, IL 60656-1490

CITIFINANCIAL
CMO
1 CITIBANK DRIVE PROMENADE LEVEL NORTH
SAN JUAN, PR 00926-8631

MIDLAND CREDIT MANAGEMENT, INC.
PO BOX 60578
LOS ANGELES, CA 90060-0578

COLLECTION ADVISEMENT & ASSOCIATES
P.O. BOX 195162
SAN JUAN, PR 00919-5162

NATIONS RECOVERY CENTER INC.
6451 PEACHTREE INDUSTRIAL BLVD.
ATLANTA, GA 30360

DEPARTAMENTO DE HACIENDA
PO BOX 9024140, OFICINA 424-B
SAN JUAN, PR 00902-4140

NCO FINANCIAL SYSTEMS
PO BOX 15760 DEPT 07
WILMINGTON, DE 19850-5760

FIRST BANK (AUTO)
P.O. BOX 11865 FNDEZ JUNCOS
SAN JUAN, PR 00910

PUERTO RICO TELEPHONE CO
P.O. BOX 70239
SAN JUAN, PR 00936-8239

FIRST BANK (RESID)
AVE. PONCE DE LEON
P.O. BOX 1519
SAN JUAN, PR 00908-0146

SECURITY CREDIT SERVICES
2623 W OXFORD LOOP
OXFORD, MA 38655-5442